IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYYUN HILL
ADC #176499 PLAINTIFF

v. No: 4:26-cv-932-DPM

GAYLON LAY, Director,
Arkansas Division of Corrections;
J. GIBSON, Warden,
Arkansas Division of Corrections;
K. DAVIS, Deputy Warden,
Arkansas Division of Corrections;
E. HARRIS, Major,
Arkansas Division of Corrections;
B. BARNETT, Lieutenant,
Arkansas Division of Corrections;
S. JOHNSON, Captain,
Arkansas Division of Corrections;
T. WILLIAMS, Sergeant,
Arkansas Division of Corrections;
DOE, Dietitian,
Arkansas Division of Corrections DEFENDANTS

# ORDER

**1.** The Court withdraws the reference.

**2.** Hill hasn't paid the $405 administrative and filing fee or filed a completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will be dismissed without

prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

26 October 2026